# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA SANDRA LEON,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | Case No. 19-CV-00624 DAD EPG<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**(ECF No. 11)** |

Pursuant to the stipulation of the parties (ECF No. 11) and finding good cause exists,

IT IS ORDERED that the Scheduling Conference set for September 17, 2019, is continued to November 14, 2019, at 9:30 a.m. All intervening court dates are hereby vacated, and shall be reset at or after the continued Scheduling Conference.

The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **August 30, 2019**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE